JOSEPHINE M. FAIRCHILD, Plaintiff, v. EMMA E. REED, Appellant. SCARSDALE ESTATES, Respondent, and Others, Defendants.— Order denying appellant's motion to come in and defend affirmed, with ten dollars costs and disbursements. That denial was justified by appellant's laches. No opinion. Jenks, P. J., Carr, Mills, Rich and Putnam, JJ., concurred.

STEFAN HOLOTA, Appellant, v. TRANSIT DEVELOPMENT COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Carr, Mills, Rich and Putnam, JJ.

In the Matter of Acquiring Title to BRIELL STREET from Jackson Avenue to Flushing Avenue, in the First Ward, Borough of Queens. In the Matter of JENNIE GREENBLATT, Appellant, and Others. The CITY OF NEW YORK and Others, Respondents.— The unopposed confirmation of the report of the condemnation commission by order entered December 21, 1909, without any appeal, became final and conclusive upon all parties, including this appellant. (City Charter, § 986, as amended by Laws of 1906, chap. 658.)* The petitioner having without objection, on April 4, 1910, paid her assessment for benefits, and enjoyed the effects of this condemnation, cannot now be heard to raise objections based on the decision in *Matter of City of New York, Decatur Street* (196 N. Y. 286), decided November 9, 1909. The order is, therefore, affirmed, with ten dollars costs and disbursements. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of VIRGILIO DEL GENOVESE, Deceased. JOSEPH DEL GENOVESE, Appellant; FRANCES DEL GENOVESE and Others, Respondents.— Order of the Surrogate's Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

DANIEL A. MEAGHER, Respondent, v. BRADLEY CONTRACTING COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

ALEXANDER NEMO, an Infant, by ALICE BANNON, His Guardian ad Litem, Appellant, v. WILLIAM KOWALL, Respondent.— Judgment reversed and new trial granted, costs to abide the event. While in our opinion the verdict was against the weight of evidence, there was still a question for the jury, both as to the negligence of the defendant and contributory negligence on the part of the plaintiff. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

---

* Laws of 1901, chap. 466, § 986, as amd. by Laws of 1906, chap. 658.— [REP.